MARK RUFEH, Respondent, v SETH M. SCHWARTZ et al., Appellants.

Submitted July 28, 2008; decided October 16, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge KAYE taking no part.

DAVID SIMONS, Appellant, v LYCEE FRANCAIS DE NEW YORK et al., Respondents.

Submitted July 28, 2008; decided October 16, 2008

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 10 NY3d 714 (2008)].